ACCEPTED
12-14-00304-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
1/23/2015 10:58:32 AM
CATHY LUSK
CLERK

# JAMES W. HUGGLER, JR.

## ATTORNEY AT LAW

Board Certified in Criminal Law
Board Certified in Criminal Appellate Law

Texas Board of Legal Specialization

January 23, 2015

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
1/23/2015 10:58:32 AM
CATHY S. LUSK
Clerk

Cathy Lusk, Clerk
Twelfth Court of Appeals
1517 West Front Street, Suite 354
Tyler, Texas 75702

RE:   Leslie Davidson v. State
       Appeal Number:      12-14-00304-CR
       Trial Number:       114-0772-14

Dear Ms. Lusk,

In accordance with Rule 48.4, I certify that I sent a copy of this Court's Opinion and Judgment to Ms Leslie Davidson at her last known address and complied with Rule 48.4. I enclose a copy of the return receipt received yesterday from the postal service. If you have any questions, please feel free to contact me at any time.

Sincerely,

James Huggler

cc:        Michael West

C:\data\Corel User Files\Clients\APPEALS\Davidson, Leslie Rachelle\Court.48-4Letter.wpd

---

First Place Building  •  100 East Ferguson, Suite 805  •  Tyler, Texas 75702
903-593-2400  •  www.jameshugglerlaw.com  •  Fax 903-593-3830

## U.S. Postal Service™
## CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

7013 2630 0000 4405 3002

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

Sent To *Leslie Davidson*
Street, Apt. No.; or PO Box No. *c/o Smith Co Jail*
City, State, ZIP+4 *206 E. Elm, Tyler (02)*

PS Form 3800, August 2006          See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

LESLIE DAVIDSON
C/O SMITH COUNTY JAIL
203 EAST ELM
TYLOR, TX 75702

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____    ☐ Agent   ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
_____                    1-20-15

D. Is delivery address different from item 1?  ☒ Yes
If YES, enter delivery address below:          ☐ No

206 B Elm

3. Service Type
☐ Certified Mail      ☐ Express Mail
☐ Registered          ☐ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

7013 2630 0000 4405 3002

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540